[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-14835
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 25, 2012
JOHN LEY
CLERK

D. C. Docket No. 1:10-cv-00307-WS-B

CHRIS BAKER,
RICHARD BATTO,
CHRIS MCMEEKIN,

                                        Plaintiffs-Appellants,

versus

RBS WORLDPAY, INC.,
ROYAL BANK OF SCOTLAND, PLC.,
CITIZENS FINANCIAL GROUP, INC.,

                                        Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Alabama

(May 25, 2012)

Before DUBINA, Chief Judge, HULL and MARTIN, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's order granting summary judgment in favor of defendant-appellees RBS WorldPay, Inc., Royal Bank of Scotland, PLC, and Citizens Financial Group, Inc. and against plaintiff-appellants Chris Baker, Richard Batto, and Chris McMeekin. Appellants argue that the district court erred when it granted summary judgment against their claims for breach of contract, conversion, and unjust enrichment.

This court reviews a grant of summary judgment *de novo. Levinson v. Reliance Standard Life Ins. Co.*, 245 F.3d 1321, 1325 (11th Cir. 2001).

After reviewing the record and reading the parties' briefs, we affirm the district court's order granting summary judgment in favor of Appellees based on the district court's well-reasoned order filed on October 4, 2011.

**AFFIRMED.**